UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 8:03cr520 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | MEMORANDUM AND ORDER |
| | ) | |
| TARRA ARCOS, | ) | |
| | ) | |
| Defendant. | ) | |

The government has filed a Motion for Rule 35 Hearing, filing 29.  Accordingly,

IT IS ORDERED that:

1. counsel for the defendant, if previously appointed pursuant to the Criminal Justice Act, is reappointed to represent the defendant for purposes of the Rule 35 (b) motion.  If retained, counsel for the defendant remains as counsel for the defendant until the Rule 35(b) motion is resolved or until given leave to withdraw;

2. the Federal Public Defender shall provide CJA counsel with a new voucher;

3. the clerk of the court shall mail a copy of this order to the Federal Public Defender;

4. the Request for Hearing on Rule 35(b) Motion, filing 29, is granted;

5. the hearing will be held on August 23, 2006, at 10:00 a.m. in Courtroom 4, U.S. Courthouse, 100 Centennial Mall North, Lincoln, Nebraska;

6. counsel for the defendant informed my chambers today that the defendant waives her appearance at the hearing.

Dated July 26, 2006.

BY THE COURT

s/ Warren K. Urbom
United States Senior District Judge